EXHIBIT C

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

# APPLICATION FOR ALIEN EMPLOYMENT CERTIFICATION

OMB Approval No. 44-R1301

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

## PART A. OFFER OF EMPLOYMENT

1. Name of Alien (Family name in capital letter, First, Middle, Maiden)
   CALLE   Melchor

2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country)
   41-25 52nd Street   3-L
   Woodside   New York   11377

3. Type of Visa (If in U.S.)
   E.W.I.

The following information is submitted as an offer of employment.

4. Name of Employer (Full name of Organization)
   205-15 35th Ave., Inc., d/b/a Luigi's

5. Telephone
   (718)423-5400

6. Address (Number, Street, City and Town, State ZIP code)
   205-15 35th Avenue
   Bayside   New York   11361

7. Address Where Alien Will Work (if different from item 6)
   Same as above

CORRECTION APPROVED BY REGIONAL OFFICE

8. Nature of Employer's Business Activity: Restaurant

9. Name of Job Title: Cook, Italian Specialties

10. Total Hours Per Week
    a. Basic: 35
    b. Overtime: ----

11. Work Schedule (Hourly)
    12:00 p.m.
    8:00 p.m.

12. Rate of Pay
    a. Basic: $360.00 $18.89 per hour
    b. Overtime: $----- per hour

NR 11/10/99   NR 11/10/99

13. Describe Fully the job to be Performed (Duties)
    Prepare, season and cook all dishes in menu such as: lasagna, manicotti, eggplant parmigiana etc. Prepare sauces for pastas such as: marinara, meat sauce, white or red clam sauce, etc. Estimate food consumption, portion and garnish dishes.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.

| EDUCATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | | | | Major Field of Study |

| TRAINING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|

| EXPERIENCE | Job Offered | | Related Occupation | Related Occupation (specify) |
| | Yrs. | Mos. | Yrs. | Mos. |
| | 2 | | | |

15. Other Special Requirements
    Must be available to work on Saturdays and Sundays

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor: Manager

17. Number of Employees Alien Will Supervise: 0

ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received
L.O.
S.O. DEC 08 1997
R.O.
N.O.
Ind. Code 5812
Occ. Code 313.361.030
Occ. Title: Cook (Italian style)

ETA 750 (Oct. 1979)

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

# LUIGI'S RESTAURANT
### 205-15 35th Avenue
### Bayside, New York 11361
### Tel: (718) 423-5400

November 26, 2002

To Whom it May Concern:

This is to advise you that Mr. Melchor Calle will be employed by our company. His position will be as a cook, Italian Specialties. He will earn a salary of $660.00 per week. He will be employed under the terms and conditions of the Approved Labor Certification.

This employment is considered permanent.

Very Truly Yours,

Nicola Romano
President

205-15 35th Ave. Inc.
205-15 35th Ave.
Bayside, N.Y. 11361

June 9, 2005

To Whom It May Concern:

This is to confirm that Mr. Melchor Calle will be employed in according with the term of the approval Alien Employment Certification.

This employment is considered permanent, as specified under the terms and conditions of his approved labor certification.

Very Truly Yours,

Nicola Romano
President

Sworn to before me this
9th day of June 2005.

ELENA G. TREGLIA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TR4736809
QUALIFIED IN NASSAU COUNTY
CERTIFICATE FILED IN QUEENS COUNTY
COMMISSION EXPIRES 10/31/2005

Page 1 of 1

FedEx Express

Origin ID: TSSA
Ship Date: 28FEB11
ActWgt: 1.0 LB
CAD: 2242824/INET3130

Delivery Address Bar Code

Ref # WB#46759
Invoice # Calle, Melchor & Rosario
PO #
Dept #

From: (212) 695-0060
Enguel Zavala
Wilens & Baker, P.C
450 7TH AVE. 12 FLOOR
NEW YORK, NY 10123

SHIP TO: (000) 000-0000       BILL SENDER
Law Office of Gina Redrovan

40-41 75th Street, Ground Floor

Elmhurst, NY 11373

TRK# 7968 1337 6993
0201

TUE - 01 MAR A1
STANDARD OVERNIGHT

11373
NY-US
JFK

ZM HAYA

# CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                       : ss.:
COUNTY OF QUEENS      )

Gina Redrovan hereby affirms the following to be true under the penalty of perjury:

I am an attorney admitted to practice law in the State of New York. I am not a party to this action, am over 18 years of age and reside in the State of New York. On April 12, 2011, I caused to be served, by first class mail, the annexed Plaintiff's Motion to Amend the Complaint and annexed exhibits on:

Elio Forcina, Esq.
Forcina & Maimone, P.C.
*Attorney for Defendants*
148-29 Cross Island Parkway
Whitestone, NY 11357

by depositing a true copy of the same enclosed in a pre-paid properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Gina Redrovan, Esq.